**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **TERRY L. CONNER,** ) | |
| ) | |
| Petitioner, ) | Case No.  CV 11-9866-DMG(AJW) |
| ) | |
| **v.** ) | |
| ) | |
| **FRANCISCO J. QUINTANA,** ) | **JUDGMENT** |
| ) | |
| Respondent. ) | |
| _____) | |

**It is hereby adjudged** that the petition is dismissed for lack of jurisdiction.

Dated:   January 23, 2012

_____
Dolly M. Gee
United States District Judge